BERNARD THOMAS WALKER, Appellant, v
THE STATE OF NEVADA, Respondent.

No. 7999

August 26, 1975 539 P.2d 461

*Morgan D. Harris,* Public Defender, and *Joseph T. Bona-venture,* Chief Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General, Carson City; *George E. Holt,* District Attorney, and *Sherman H. Simmons,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

The sole issue on this appeal is whether there was sufficient evidence to sustain the lower court's discretionary act of revoking appellant's probation and executing the original sentence.

The record reflects proof of at least five substantive violations by appellant of the terms and conditions of his probation agreement. While appellant attempted to offer mitigating evidence in his own defense, none of the violations were denied. There was more than ample evidence to justify the court's action. See Lewis v. State, 90 Nev. 436, 529 P.2d 796 (1974).